**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA  17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

March 9, 2011

Clerk, U.S. Bankruptcy Court

RE: Kenneth E. Anderson III
    Bankruptcy Case No. 1-06-00332
    Unclaimed Funds For: Local 98 FCU
                       1719 Spring Garden
                       Philadelphia PA 19130-3915

Dear Clerk:

Enclosed herewith please find check No. 1011652 for $2,129.70 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                    Very truly yours,

                                    /s/ Carol A. Kreider

                                    Carol A. Kreider
                                    Funds Manager

FILED
WILKES-BARRE PA
2011 MAR 10 PM 12:39
CLERK
U.S. BANKRUPTCY COURT

Case 1:06-bk-00332-MDF    Doc 30    Filed 03/10/11    Entered 03/10/11 13:06:32    Desc